# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL HALL, JR., <br><br>              Petitioner,<br>   vs.<br><br>M.D. BITER,<br><br>              Respondent. | Case No. CV 11-5725 JSL (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 9/9/13

*Spencer Letts*

HON. J. SPENCER LETTS
SR. UNITED STATES DISTRICT JUDGE