UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONNELL HALL, JR., | ) | Case No. CV 11-5725 JSL (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| M.D. BITER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 9/9/13

_____
HON. J. SPENCER LETTS
SR. UNITED STATES DISTRICT JUDGE